IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26CR47-RAH-KFP |
| | ) | |
| DAMIEN BERNARD FRANKLIN | ) | |

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to Fed. R. Crim. P. 11

and has entered a plea of guilty to Count(s) 1, 2 & 3 of the Indictment. After cautioning

and examining the Defendant under oath concerning each of the subjects mentioned in Rule

11, I determined that the Defendant entered the plea of guilty knowingly and voluntarily

and that there is a factual basis for the plea. I therefore recommend that the plea of guilty

be accepted.

DONE this 4th day of May, 2026.

_____
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

A party waives the right to challenge on appeal a finding of fact or conclusion of

law adopted by the district judge if the party fails to object to that finding or conclusion

within fourteen days after issuance of the Report and Recommendation containing the

finding or conclusion.